Cincinnati Trac Co. v. Pub U C.........19023
Cleveland (City) v. Ferrando ..........19028
Columbi v. Vogel .....................19033
Epoch Producing Co v. Riegel, Dir......19030
Hunter v. State ......................19032
Kinsman Nat Bnk. v. Jurko et..........19034
Klotz v Kloz .........................19031
Scioto Val Ry & Pow Co. v. Schwartz....19036
State ev v. Baker Dir.................19035
State v. Ford Motor Co................19024
State ex v. Brown, Secy ..............19037
Tuck v. Chappel .................19025-19026
Wheeling Trac Co. v. Pub. U. C.........19027
Wiley et v. Holsapple .................19029

### March 18, 1925

19023—Cincinnati Traction Co v Public Utilities Commission; error to Commission. Ernst, Cassatt & Cottle, Cincinnati, for plaintiff; C C Crabbe, Atty. Genl., and J. W. Bricker, Columbus, for deft.

19024—State of Ohio v. Ford Motor Co; Franklin Appeals—Motion to certify; error to Franklin Appeals. C C Crabbe, Atty Genl., H. H. Griswold and R R Zurmehly, Columbus, for pltiff; Vorys, Sater, Seymour & Pease, Columbus, for deft.

19025—Robert E Tuck v George Chapple; Cuyahoga Appeals—Motion to certify. Harrison W Ewing and Louis Barnes, Cleveland, for pltiff; Cornelius Maloney, Cleveland, for deft.

19026—Amanda Tuck v. Goerge Chapple; Cuyahoga Appeals—Motion to certify. H. W. Ewing and Louis Barnes, Cleveland, for pltiff; Cornelius Maloney, Cleveland, for deft.

19027—Wheeling Traction Co v. Public Utilities Commission; error to Commission. Gordon D. Kinder, Martins Ferry, for pltiff; C. C. Crabbe, Atty Genl., and J. W. Bricker, Columbus, for deft.

19028—Cleveland (city) et al v. Amedeo Ferrando, a minor, etc; Cuyahoga Appeals—Motion to certify. C. F. Shuler and J. F. Smith, Directors of Law, Cleveland, for pltiffs; Nicola & Horn, Cleveland, for deft.

### March 19, 1925

19029—F. G. Wiley and Annie Wiley v. Fidelia Holsapple, Daisy V. Marker, et al; Darke Appeals—Motion to certify. John F. Maher, Greenville, for pltiffs; O. R. Krickenberger, Meeker & Gaskill, H. F. Dershem, Geo A. Katzenberger, S. E. Mote and M. B. Trainer, Greenville, and J. A. Kerr, Tippecanoe City, for deft.

19030—Epoch Producing Corp, v. Vernon M. Reigel, Director of Education; error to the Dept of Ed. Div. Film Censorship. C. S. Druggan, Columbus, and Chas J. Trainor, Chicago, Ill., for pltiff; C. C. Crabbe, W. E. Benoy and C. G. Williams, Columbus, for deft.

19031—William S Klotz v. Marie A. Klotz; Ottawa Appeals—Motion to certify. M. W. Bacome, Toledo, for pltiff; True, Crawford & True, Port Clinton, for deft.

### March 20, 1925

19032—Blanche L Hunter v. The State of Ohio; motion to file pet in error to Montgomery Appeals. Arthur Bryant and Patrick Gaynor, Franklin, for ptff; Albert H Scharrer and Chas. Brennan, Pros. Attys, Dayton, for deft.

### March 21, 1925

19033—Benedetto Columbi, d.b.a. Columbi Co v. W. H. Vogel; Cuyahoga Appeals—Motion to certify. Victor J Conrad, Cleveland, for ptff; M. S. Farmer, Cleveland, for deft.

### March 23, 1925

19034—Kinsman National Bank v. John Jurko and Nick Jurko; Trumbull Appeals—Motion to certify. G. H. Birrell, Warren, for plaintiff; Fillius & Fillius, Warren, for deft.

19035—State of Ohio ex rel S. Monroe & Sons Co, corp v Wilbur E. Baker as Director of Finance; In Mandamus. Jas T. Micklethwaite and Wm J. Meyer, Portsmouth, for plaintiff; C. C. Crabbe, Atty Genl., and Carl Williamson, Columbus, for deft.

### March 24, 1925

19036—Scioto Valley Railway & Power Co v. Samuel E. Schwartz; Franklin Appeals—Motion to vertify. O. W. Newman, Columbus, for ptff; J. M. Hengst, Columbus, for deft.

19037—State of Ohio ex rel Universal Realty Co. v Thad H Brown Secretary of State; In Mandamus. W. W. Rosenzweig, Cleveland, for ptff.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
#### CASES DECIDED
### TUESDAY, MARCH 24, 1925.
#### GENERAL DOCKET

18385—Oren D. Becker, Exr., et al. v. Edwin D. Fisher et al.; error to the Clinton Appeals. On rehearing. Judgment reversed. Marshall, Day, Allen and Kinkade, JJ., concur.

For record see Concordance. 3 Abs. 74; also 3 Abs. 8.

18681—In re Exceptions of Pros. Atty. in State of Ohio v. W. F. Peters; exceptions to Portage Common Pleas. Exceptions sustained in part and overruled in part. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 6-28-24, 2 Abs. 436; Com Pl, 2 Abs. 474.

18782—Lena Center et al. v. Edward Kramer, Admr.; error to Butler Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 9-17-24, 2 Abs. 562.

18815—Ralston Steel Car Co. v. Annie M. Ralston; error to Franklin Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-6-24, 2 Abs. 706; OA. 2 Abs. 632, 746.